IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HERBERT AUSTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC MCROY and JAMIE ELLERMEYER, )<br>)<br>Defendants. ) | Case No. 3:06-cv-693-GPM |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Brian King, Judge Wilkerson's law clerk, at 618-482-9382, to schedule a telephonic conference call with the Court and opposing counsel. If the dispute involves written discovery, the disputed portion(s) shall be faxed to the Court, at 618-482-9277, prior to the telephonic conference. The party with the discovery dispute shall be responsible for initiating the conference call. The Court's teleconference number is 618-482-9004. Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court. Expense of the call will be borne by the non-prevailing party. The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html, for additional information and specific procedures regarding discovery disputes. **Consult this Court's webpage BEFORE contacting chambers with questions**.

**DATED: February 2, 2007**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**